No. 00–9717.  HANKS *v.* CALIFORNIA BOARD FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS, *ante,* p. 921;
No. 00–9739.  NAGY *v.* UNITED STATES, 532 U. S. 1074;
No. 00–9819.  IN RE HARRIS, *ante,* p. 902;
No. 00–9862.  MALADY *v.* UNITED STATES, *ante,* p. 910; and
No. 00–9863.  PADRO BURGOS *v.* UNITED STATES, *ante,* p. 910. Petitions for rehearing denied.

No. 130, Orig.  NEW HAMPSHIRE *v.* MAINE, 532 U. S. 742.  Petition for rehearing denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 00–1144.  MCPHAUL *v.* BOARD OF COMMISSIONERS OF MADISON COUNTY ET AL., 532 U. S. 921.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 00–1263.  BALLS *v.* AT&T CORP., 532 U. S. 937.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–8347.  CAMARENA *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., 532 U. S. 934.  Motion for leave to file petition for rehearing denied.

AUGUST 7, 2001

No. 01–5409 (01A80).  HILL *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

AUGUST 8, 2001

No. 00–878.  MATHIAS ET AL. *v.* WORLDCOM TECHNOLOGIES, INC., ET AL.  C. A. 7th Cir.  [Certiorari granted, 532 U. S. 903.]  Motion of the United States to intervene granted.  JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 01–5702 (01A115).  IN RE HILL.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.